eral, and *J. Shane Creamer,* Attorney General, for Commonwealth, appellant.

No oral argument was made nor brief submitted for appellee.

OPINION PER CURIAM, April 20, 1972:
Appeal dismissed.

## Solis Adoption Case.

Argued January 14, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Simon J. Denenberg,* with him *Abramson and Denenberg,* for appellant.

*Benjamin Levin* and *John M. Myers,* for appellee.

OPINION PER CURIAM, April 20, 1972:
Decree affirmed. Each party to pay own costs.

## Commonwealth *v.* Kelley, Appellant.

Argued March 13, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.